# **EXHIBIT A TO JENKINS DECLARATION – TOUR DATES**

**HARRY STYLES TOUR DATES**

| Sat 10/16/2021 | Madison Square Garden | New York, NY |
| Mon 10/18/2021 | Rocket Mortgage Fieldhouse | Cleveland, OH |
| Thu 10/21/2021 | Mohegan Sun Arena | Uncasville, CT |
| Sat 10/23/2021 | Mohegan Sun Arena | Uncasville, CT |
| Mon 10/25/2021 | TD Garden | Boston, MA |
| Wed 10/27/2021 | State Farm Arena | Atlanta, GA |
| Thu 10/28/2021 | State Farm Arena | Atlanta, GA |
| Sat 10/30/2021 | Madison Square Garden | New York, NY |
| Sun 10/31/2021 | Madison Square Garden | New York, NY |
| Wed 11/03/2021 | Fiserv Forum | Milwaukee, WI |
| Sun 11/07/2021 | Tacoma Dome | Tacoma, WA |
| Mon 11/08/2021 | Moda Center | Portland, OR |
| Wed 11/10/2021 | Golden 1 Center | Sacramento, CA |
| Thu 11/11/2021 | SAP Center At San Jose | San Jose, CA |
| Sat 11/13/2021 | Gila River Arena | Glendale, AZ |
| Mon 11/15/2021 | Pechanga Arena San Diego | San Diego, CA |
| Wed 11/17/2021 | Forum | Inglewood, CA |
| Fri 11/19/2021 | Forum | Inglewood, CA |
| Sat 11/20/2021 | Forum | Inglewood, CA |

Additional Dates May Be Added