# EXHIBIT B TO JENKINS DECLARATION – AUTHORIZED MERCHANDISE

# HARRY STYLES
## LOVE ON TOUR 2021 MERCHANDISE LINE





















Harry Styles
merchtraffic