**EXHIBIT C TO JENKINS DECLARATION –**

**INFRINGING PRODUCTS BEING SOLD**

Infringing Product #1 Fronts

Below From 10/3
MSG Concert

Below From 10/4
MSG Concert

Below From 10/1
Bridgestone, Nashville,TN



Infringing Product #1 Backs

| Below From 10/3 | Below From 10/4 | Below From 10/1 |
| MSG Concert | MSG Concert | Bridgestone, Nashville,TN |



Infringing Product # 2 Fronts

| Below From 10/3 | Below From 10/4 | Below From 10/1 |
| MSG Concert | MSG Concert | Bridgestone, Nashville,TN |



Infringing Product #2 Backs

| | | |
|---|---|---|
| Below From 10/3 | Below From 10/4 | Below From 10/1 |
| MSG Concert | MSG Concert | Bridgestone, Nashville,TN |





Infringing
Product #3
Fronts
MSG 10/4
Both to
Left

MSG 10/3
Far Left

Bridgestone
10/1 Nash-
ville, TN
Near Left



Infringing Product #3 Backs, Top MSG 10/4, Bottom MSG 10/3 left, Bridgestone,TN
10/1 right