**EXHIBIT D TO JENKINS DECLARATION –**

**INFRINGING SALES AT OCTOBER 3 & 4, 2021 MADISON SQUARE GARDEN CONCERTS**













