UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCH TRAFFIC, LLC,

                      Plaintiff,

-against-

JOHN DOES 1-100, JANE DOES 1-100 AND XYZ COMPANY,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/14/2021_

21 Civ. 8283 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The show cause hearing set for October 21, 2021, is ADJOURNED to **October 22, 2021**, at **9:00 a.m.** The hearing shall proceed via the court's teleconference system. The parties are directed to dial (888) 398-2342, access code 5598827, at the scheduled time.

    SO ORDERED.

Dated: October 14, 2021
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge