UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCH TRAFFIC, LLC,

                    Plaintiff,

-against-

JOHN DOES 1-100, JANE DOES 1-100 AND XYZ COMPANY,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/14/2022_

21 Civ. 8283 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 22, 2021, the Court granted Plaintiff's motion for a preliminary injunction. ECF No. 20. By **March 21, 2022**, Plaintiff shall file a letter on its intentions with respect to the continuation of this action.

    SO ORDERED.

Dated: March 14, 2022
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge