USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 28, 2022

**Mark Bradford (MB 6002)**
**MARK BRADFORD, PC**
299 12th Street
Brooklyn, New York 11215-4903
Tel: (347) 413-3287; Fax: (347) 402-8120
mb@markbradfordpc.com

**Cara R. Burns (CB 1071)**
**HICKS, MIMS, KAPLAN & BURNS**
28202 Cabot Road, Ste 300
Laguna Niguel, California 9267705
Tel: (310) 314-1721; Fax: (310) 314-1725
cburns@hmkblawyers.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____X

MERCH TRAFFIC, LLC,                      ACTION NO. 1:21-cv-08283 AT

        Plaintiff,                     ORDER
v.                                       FOR RELEASE OF CASH
                                         BOND AND DISPOSITION OF
JOHN DOES 1-100, JANE DOES 1-100,        SEIZED GOODS
AND XYZ COMPANY,

        Defendants.
_____X

    Plaintiff having dismissed the above entitled action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a), and no defendants having appeared by answer or otherwise, and good cause appearing,

    **IT IS HEREBY**

    **ORDERED,** that the Cash Bond posted by Plaintiff's counsel in the amount of Five Thousand Dollars ($5,000) along with any accrued interest, less any fees, shall be and hereby is released, and shall be returned to counsel for the Plaintiff as set forth below, and it is further

**ORDERED**, that the Clerk of the Court shall send the released Cash Bond to Plaintiff's counsel in the form of a check made payable as follows: Merch Traffic, LLC, c/o Hicks, Mims, Kaplan & Burns, 28202 Cabot Road, Ste 300, Laguna Niguel, California 92677: and it is further

**ORDERED**, that Plaintiff is authorized to destroy or otherwise dispose of all previously seized infringing merchandise.

**IT IS SO ORDERED.**

Dated: March 28, 2022
      New York, New York

THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE